**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MUSTAFA MUHAMMAD | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-00645-LMB-IDD |
| | ) | |
| NATIONAL TECHNOLOGY | ) | |
| RENTALS, INC. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| AND | ) | |
| | ) | |
| | ) | |
| LAWRENCE R. GAZDICK, JR. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**</u>

PLEASE TAKE NOTICE that, no defendant having filed an answer or motion for

summary judgment herein, Plaintiff Mustafa Muhammad, by counsel, hereby voluntarily dismiss

this action pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In this matter, Plaintiff accepts a dismissal with prejudice.

October 22, 2015

Respectfully Submitted,

By: _____/s/_____
Joshua Erlich
VA Bar No. 81298
The Erlich Law Office, PLLC
2111 Wilson Blvd.
Suite 700
Arlington, VA  22201
Tel:    (703) 791-9087
Fax:    (703) 351-9292
Email: jerlich@erlichlawoffice.com
           bowen@erlichlawoffice.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Zachary A. Kitts
K&G Law Group, PLLC
3554 Chain Bridge Road
Suite 100
Fairfax Virginia 22030
Phone: 703-649-5500
Fax: 703-649-6363

*Attorney for Defendants*

_____/s/_____
Joshua Erlich
VA Bar No. 81298
The Erlich Law Office, PLLC
2111 Wilson Blvd.
Suite 700
Arlington, VA  22201
Tel:    (703) 791-9087
Fax:    (703) 351-9292
Email: jerlich@erlichlawoffice.com
          bowen@erlichlawoffice.com

*Attorneys for Plaintiff*