IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MUSTAFA MUHAMMAD | ) |
| PLAINTIFF, | ) |
| v. | ) Case No. 1:15-cv-00645-LMB-IDD |
| NATIONAL TECHNOLOGY RENTALS, INC. | ) |
| AND | ) NOTICE OF VOLUNTARY DISMISSAL |
| LAWRENCE R. GAZDICK, JR. | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

PLEASE TAKE NOTICE that, no defendant having filed an answer or motion for summary judgment herein, Plaintiff Mustafa Muhammad, by counsel, hereby voluntarily dismiss this action pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In this matter, Plaintiff accepts a dismissal with prejudice.

October 22, 2015

Respectfully Submitted,

By: _____/s/_____
Joshua Erlich
VA Bar No. 81298
The Erlich Law Office, PLLC
2111 Wilson Blvd.
Suite 700
Arlington, VA 22201
Tel: (703) 791-9087
Fax: (703) 351-9292
Email: jerlich@erlichlawoffice.com
bowen@erlichlawoffice.com

So Ordered

_____/s/_____
Leonie M. Brinkema   10/22/15
United States District Judge